IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN W. SELLERS                                                                          PETITIONER
ADC #87983

V.                                             NO. 5:06CV00114 SWW

LARRY NORRIS, Director,                                                             RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 5th day of July 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE